**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 5/28/2020
```

BARBARA COLON,

Plaintiff,                                                   19 **CIVIL** 7778 (JCM)

-v-                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 27, 2020, that this action be, and hereby is,

remanded to the Commissioner of Social Security pursuant, to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.


**Dated:** New York, New York
       May 28, 2020


                                                **RUBY J. KRAJICK**

                                          _____
                                                **Clerk of Court**
                               **BY:**
                                          _____
                                                **Deputy Clerk**